# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES ISELEY,** | : | Civil Action No. 1:04-CV-0861 |
| **Plaintiff** | : | |
| v. | : | (Chief Judge Kane) |
| **JOHN TALABER, et al.** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 20th day of November, 2007, upon consideration of Plaintiff's motion for reconsideration of the Court's November 1, 2007, Order denying his motion to vacate judgment (Doc. No. 129), and finding no basis to grant the relief sought, **IT IS HEREBY ORDERED THAT** the motion (Doc. No. 129) is **DENIED**.

s/ Yvette Kane
Yvette Kane, Chief Judge
Middle District of Pennsylvania